# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1051

_____

ARMANDO RIVAS,

Appellant,

v.

US BANK NATIONAL
ASSOCIATION, et al.,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

November 28, 2018

PER CURIAM.

AFFIRMED. § 702.10, Fla. Stat.; *Caple v. Tuttle's Design-Build, Inc.*, 753 So. 2d 49 (Fla. 2000).

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Armando Rivas, pro se, Appellant.

Adam A. Diaz and Roy A. Diaz of SHD Legal Group, P.A., Fort Lauderdale, for Appellee.